## RICHARDS v. WAY.

THIS case was withdrawn last term, with notice and leave of the court; but the defendant's counsel being out of court, did not then enter for cost, and moved for liberty to do it now, which was denied. And,

By the COURT.   The action was discontinued last term, and is out of court.   Judgment cannot now be rendered for the defendant to recover his cost, there having been no motion entered for cost last term, which could give the judgment relation to that time.